FAYER GIPSON LLP
A Limited Liability Partnership
ELLIOT B. GIPSON (State Bar No. 234020)
EGipson@fayergipson.com
GREGORY A. FAYER (State Bar No. 232303)
GFayer@fayergipson.com
MINH Z. KUO (State Bar No. 287489)
2029 Century Park East, Suite 3535
Los Angeles, California 90067
Telephone: (310) 557-3558
Facsimile: (310) 556-3589

Attorneys for Plaintiff
WORLD GYM INTERNATIONAL IP, LLC,
A California limited liability company

JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| World Gym International IP, LLC, A California Limited Liability Company, <br><br>  Plaintiff, <br><br> v. <br><br> World Fitness, Inc., A South Carolina Company; and DOES 1-10, inclusive, <br><br>  Defendants. | CASE NO. 2:12-cv-02551-ODW-FMO <br><br> [PROPOSED] STIPULATED JUDGMENT AND ORDER FOR PERMANENT INJUNCTION |
|---|---|

[PROPOSED] STIPULATED JUDGMENT AND ORDER

# STIPULATED JUDGMENT AND ORDER FOR PERMANENT INJUNCTION

Plaintiff World Gym International IP, LLC ("Plaintiff") and Defendant World Fitness, Inc. ("Defendant") (collectively, the "Parties") stipulate to the following:

1. Plaintiff by and through its counsel commenced this action by filing a complaint for trademark infringement and trademark dilution against Defendant.

2. Defendant has waived service of the summons and complaint.

3. Defendant admits that the Court has jurisdiction over it and over the subject matter of this action and that venue is proper.

4. Defendant waives the entry of findings of fact and conclusions of law and consents to the entry of this Stipulated Judgment and Order for Permanent Injunction (the "Stipulated Judgment").

5. Plaintiff is the owner of the trademarks and service marks for WORLD, WORLD GYM, and WORLD GYM FITNESS CENTERS as referenced in U.S. registration nos. 1783000, 1856427, 1911887, and 2499267 (collectively, the "WORLD Marks").

6. Defendant has consented to the entry of a permanent injunction pursuant to 15 U.S.C. § 1051 et seq., section 43(a) of the Lanham Act, 15 U.S.C. §§ 1125(a) and 1125(b), to prohibit Defendant from using or infringing upon Plaintiff's trademarks and service marks for the WORLD Marks.

NOW, THEREFORE, it is accordingly ORDERED, ADJUDGED, AND DECREED THAT:

7. This Court has subject matter jurisdiction over this action pursuant to 15 U.S.C. §§ 1116, 1121, 1125(a), 1125(b) and 28 U.S.C. §§ 1338.

8. This Court has personal jurisdiction over Defendant.

9. Venue is proper in the Central District of California pursuant to 28 U.S.C. §§ 1391(b)(2).

10. The Court finds that Plaintiff is the owner of the trademarks and service marks for WORLD, WORLD GYM, and WORLD GYM FITNESS CENTERS as

referenced in U.S. registration nos. 1783000, 1856427, 1911887, and 2499267 (collectively, the "WORLD Marks").

11. The Court finds that Defendant has consented to the entry of a permanent injunction pursuant to 15 U.S.C. § 1051 et seq., section 43(a) of the Lanham Act, 15 U.S.C. §§ 1125(a) and 1125(b), to prohibit Defendant from using or infringing upon Plaintiff's trademarks and service marks for the WORLD Marks.

12. Defendant, individually and along with its assignees, transferees, employees, agents, owners and representatives, and all other persons, firms or entities acting in concert or participation with it, is permanently enjoined from using the mark WORLD FITNESS or any derivation thereof utilizing the WORLD Marks in connection with gym and fitness centers in any manner, including but not limited to enjoining them from:

    i. Using, displaying, advertising, or promoting the WORLD FITNESS and/or WORLD Marks in connection with any gym or fitness services;

    ii. Using, displaying, advertising, or promoting the WORLD FITNESS and/or WORLD Marks in connection with any goods or services related to gym and fitness services, including without limitation gym or fitness clothing, equipment, and/or nutritional supplements; and

    iii. Assisting any other person or entity from engaging in the conduct described in subparagraphs (i) and (ii) above.

13. Defendant shall have thirty (30) days from the entry of this Stipulated Judgment to comply with the provisions of paragraph 12 above.

14. The Court shall retain jurisdiction over this action to implement and enforce this stipulated judgment and permanent injunction and all other decrees and orders necessary or appropriate.

15. Plaintiff may conduct post-judgment discovery to monitor Defendant's

compliance with the terms of this Stipulated Judgment. Nothing in this order shall be construed to limit or prevent Plaintiff from conducting discovery of Defendant otherwise permitted under the Federal Rules of Civil Procedure.

16. Each Party to this Stipulated Judgment shall bear its own costs and attorneys' fees.

17. The Parties hereby consent to the entry of the foregoing Stipulated Judgment, which shall constitute a final judgment and order in this matter.

**JUDGMENT IS THEREFORE ENTERED** in favor of Plaintiff and against Defendant pursuant to the terms and conditions recited above.

**IT IS SO ORDERED** this 2nd day of May, 2012

_____
The Hon. Otis D. Wright, II
United States District Judge
Central District of California

Stipulation approved as to form and content:

WORLD GYM INTERNATIONAL IP, LLC

_____
By: Gaius Cammilleri
Its: Managing Director

WORLD FITNESS, INC.

_____
By Michael White
Its: President